**Order entered September 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00119-CR

**RYAN WALLACE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F10-73110-R**

## ORDER

The Court **REINSTATES** the appeal.

On August 9, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Nanette Hendrickson; (3) Ms. Hendrickson's explanation for the delay in filing appellant's brief is her workload; and (4) Ms. Hendrickson requested thirty days from the September 9, 2013 hearing to file appellant's brief.

We **ORDER** appellant to file his brief by **OCTOBER 9, 2013**. Because appellant's brief is already two months overdue, not further extensions will be granted. If appellant's brief is not filed by the date specified, we will order Nanette Hendrickson and the Dallas County Public

Defender's Office removed as counsel and order the trial court to appoint new counsel to represent appellant in the appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Mark Stoltz, Presiding Judge, 265th Judicial District Court; Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office; Nanette Hendrickson, Dallas County Public Defender's Office; and the Dallas County District Attorney's Office.

/s/     LANA MYERS
           JUSTICE